UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1464
(1.12-cv-02376-ELH)

FREIGHT DRIVERS AND HELPERS LOCAL UNION NO. 557 PENSION FUND,
    Plaintiff – Appellant

v.

PENSKE LOGISTICS LLC; PENSKE TRUCK LEASING CO., L.P.
    Defendants – Appellees

**Appellees Penske Logistics LLC and Penske Truck Leasing Co. L.P.'s
Objection to Docketing Statement**

"Docketing Statement by Appellant Freight Drivers and Helpers Local Union No. 557 Pension Fund" (Doc: 9) was filed with this Court on May 20, 2014. Local Rule 3(b) provides in pertinent part:

> "If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete, or misleading, the Clerk's Office should be informed in writing of any errors and any proposed additions or corrections within 10 days of service of the docketing statement, with copies to all other parties."

Page 2 of the Docketing Statement sets forth the "Nature of the Case" in 5 numbered paragraphs.

Nature of the Case ¶ 2 states in pertinent part: "[T]he district court dismissed the action **for lack of subject matter jurisdiction** . . ." (Emphasis added). By opinion and order of July 25, 2013, the district court dismissed the action for failure to state a claim, not for lack of subject matter jurisdiction. In this regard, the district court's ruling, ECF Doc. 15 (copy attached) states:

- "[D]efendants' Motion does not present a jurisdictional issue appropriate for resolution under 12(b)(1)." ECF Doc. 15 at 8.

1

- "This is a challenge to plaintiff's statutory standing, "a concept distinct from Article III and prudential standing." " ECF Doc. 15 at 8.

- "According to the Fourth Circuit, "'[a] dismissal for lack of statutory standing is effectively the same as a dismissal for failure to state a claim,'" and should be analyzed as a motion under Fed. R. Civ. P. 12(b)(6)." ECF Doc. 15 at 9.

- "I will consider plaintiff's motion under Rule 12(b)(6), not Rule 12(b)(1)." ECF Doc. 15 at 9.

Nature of the Case ¶ 1 states in pertinent part: "**Freight Drivers and Helpers Local Union No. 557 Pension Fund . . . initiated an action** in the district court, via complaint, to modify and/or vacate an arbitrator's award. . ." (Emphasis added). The district court found that the action was initiated by a single Trustee, not by the Fund and not by the Fund's Joint Board of Trustees. In this regard the district court's ruling states:

- "Trustee Alexander initiated this action 'on behalf of' the Fund . . . " ECF Doc. 15 at 6. *See also* February 7, 2014 Opinion of District Court ECF Doc. 19 at 1 (copy attached).

- "[O]nly a "plan sponsor," defined as a plan's joint board of trustees, has statutory standing in this case. But, the Fund's Board of Trustees did not file this suit, and there is no evidence that the Board delegated authority to Trustee Alexander to file suit on the Fund's behalf. Accordingly, plaintiff lacks statutory standing." ECF Doc. 15 at 12.

- "The question here is not whether the Fund may pursue an appeal from the arbitration, but rather which representatives—a single trustee or the joint board of trustees—is authorized by statute to do so on the Fund's behalf. " ECF Doc. 15 at 21.

- "In sum, I conclude that plaintiff lacks statutory standing to bring this suit under 29 U.S.C. § 1401(b)(2). " ECF Doc. 15 at 23.

Appellees Penske Logistics LLC and Penske Truck Leasing Co. L.P. ask the Court to consider the foregoing objections to the Docketing Statement and to take whatever action is appropriate.

Dated: May 21, 2014

        Respectfully submitted,
        PENSKE LOGISTICS LLC AND
        PENSKE TRUCK LEASING CO., L.P.

        By: _____/s/ David R. Levin_____
        David R. Levin
        Brian A. Coleman
        Drinker Biddle & Reath LLP
        1500 K Street, N.W., Suite 1100
        Washington, D.C. 20005
        Telephone: 202-230-5181
        Fax: 202-842-8465
        david.levin@dbr.com
        brian.coleman@dbr.com

        Mark E. Furlane
        Drinker Biddle & Reath LLP
        191 N. Wacker Drive, Suite 3700
        Chicago, Illinois 60606
        Telephone: 312-569-1000
        Fax: 312-569-3000
        mark.furlane@dbr.com

        *Attorneys for Defendants/Appellees*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the address listed below.

        By: _____/s/_____
              David R. Levin